```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MICHAEL M. BECKWITH
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2797
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                 EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 ) 2:10-cr-00433 KJM
12           Plaintiff,          )
                                 ) STIPULATION AND ORDER
13                               ) CONTINUING STATUS CONFERENCE;
         v.                      ) EXCLUDING TIME AND SCHEDULING
14                               ) ARRAIGNMENT ON SUPERSEDING
    SCOTT BLAKE MILLER et al.,   ) INDICTMENT
15                               )
             Defendants.         ) Hon. Kimberly J. Mueller
16  _____)
17
```

     The parties request that the status conference formerly set for January 25, 2011, before Judge John A. Mendez be continued to February 17, 2011, before Judge Kimberly J. Mueller, and stipulate that the time beginning January 25, 2011, and extending through February 17, 2011, should be excluded from the calculation of time under the Speedy Trial Act.  The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for each defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4.

1      The parties stipulate and agree that the interests of
2 justice served by granting this continuance outweigh the best
3 interests of the public and the defendants in a speedy trial.  18
4 U.S.C. § 3161(h)(7)(A).
5      Additionally, the parties ask that the Court arraign both
6 defendants on the superseding indictment, which was filed on
7 November 18, 2010.

                                   Respectfully Submitted,

                                   BENJAMIN B. WAGNER
                                   United States Attorney

Dated: February 4, 2011        By:/s/ Michael M. Beckwith
                                   MICHAEL M. BECKWITH
                                   Assistant U.S. Attorney


Dated: February 4, 2011        By:/s/ Ted W. Cassman
                                   TED W. CASSMAN
                                   Attorney for defendant
                                   Scott Blake Miller


Dated: February 4, 2011        By:/s/ Roxanne M. Mosley
                                   ROXANNE M. MOSLEY
                                   Attorney for defendant
                                   Damien Michael Baranowski

**ORDER**

The status conference in case number 2:10-cr-00433 KJM set for January 25, 2011 before Judge John A. Mendez is VACATED and RESET for February 17, 2011 at 10:00 AM before Judge Kimberly J. Mueller, and the time beginning January 25, 2011, and extending through February 17, 2011, is excluded from the calculation of time under the Speedy Trial Act.  The Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

Additionally, the arraignment on the superseding indictment in this case is hereby SET for February 17, 2011 at 10:00 AM before Judge Kimberly J. Mueller.

IT IS SO ORDERED.

Dated:   February 4, 2011.

_____
UNITED STATES DISTRICT JUDGE