UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 24, 2011
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                            )<br>            Plaintiff,                           )<br>v.                                                       )<br>                                                            )<br>DAMIEN MICHAEL BARANOWSKI,  )<br>                                                            )<br>            Defendant.                       ) | CASE NUMBER: 2:10-cr-00433-KJM<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Damien Michael Baranowski</u>; Case <u>2:10-cr-00433-KJM</u> from custody under the following conditions:

    __     Release on Personal Recognizance

    __     Unsecured Appearance Bond in the amount of $

    __     Appearance Bond secured by Real Property

    _X_   (Other) <u>The defendant is ORDERED released from custody subject to the third party custody of Jason Fuentes and Pretrial Services supervision. In addition to the standard conditions of supervision, the defendant shall be placed on electronic monitoring.</u>

Issued at  Sacramento, CA  on  2/24/11  at  12:18 p.m.

By _____
Kimberly J. Mueller
United States District Judge