
FILED
MAY 0 4 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DAMIEN MICHAEL BARANOWSKI,<br><br>    Defendant. | No. 2:10-CR-00433-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release DAMIEN MICHAEL BARANOWSKI;

Case No. 2:10-CR-00433-KJM, from custody for the following reasons:

\_\_\_Release on Personal Recognizance

\_\_\_Bail Posted in the Sum of $

      \_\_ Unsecured Appearance Bond

      \_\_ Appearance Bond with 10% Deposit

      \_\_ Appearance Bond with Surety

      \_\_ Corporate Surety Bail Bond

__X__ (Other): Released on previously imposed conditions of supervised release.

Issued at Sacramento, California on  5/4/16 , at  9:35 a.m.

_____
Kimberly J. Mueller
United States District Judge