

**FILED**
JUN 14 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DAMIEN MICHAEL BARANOWSKI,<br><br>　　　　　Defendant. | No. 2:10-CR-00433-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: THE UNITED STATES MARSHAL SERVICE

This is to authorize and direct you to release DAMIEN MICHAEL BARANOWSKI; Case No. 2:10-CR-00433-KJM, from custody for the following reasons:

　　___Release on Personal Recognizance

　　___Bail Posted in the Sum of $

　　　　　　___ Unsecured Appearance Bond

　　　　　　___ Appearance Bond with 10% Deposit

　　　　　　___ Appearance Bond with Surety

　　　　　　___ Corporate Surety Bail Bond

　_X_ (Other): Time Served

Issued at Sacramento, California on __June 14, 2016__, at 8:00 AM.

_____
Kimberly J. Mueller
United States District Judge